IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-00113 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| YOGESHKUMAR PATEL, | |
| Defendant. / | |

In light of the government's representation that it will not seek a plethysmograph exam for defendant, the Court's order of October 14, 2008 is moot.

**IT IS SO ORDERED.**

Dated: Nov. 3, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\0113cr\order2.wpd